GINA GILBERT WINSPEAR, ESQ.
Nevada Bar No. 005552
gwinspear@dennettwinspear.com
MATTHEW ALLEN SARNOSKI, ESQ.
Nevada Bar No. 009176
msarnoski@dennettwinspear.com
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone:	(702) 839-1100
Facsimile:	(702) 839-1113
**Attorneys for Defendant
TEACHERS INSURANCE COMPANY d/b/a
HORACE MANN**

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VAUGHN LEWIS GUBLER; CHANDLER LEWIS GUBLER; and VAUGHN LEWIS GUBLER, as parent and legal guardian of M.G. (minor),<br><br>Plaintiffs,<br><br>vs.<br><br>TEACHERS INSURANCE COMPANY d/b/a HORACE MANN; DOES I - X, and ROE CORPORATIONS I - X, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-01858-CDS-NJK<br><br>**<u>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE</u>** |

IT IS HEREBY STIPULATED AND AGREED by and between, JOHN P. JIMENEZ, ESQ. of the law firm of HALE INJURY LAW, attorney for Plaintiffs VAUGHN LEWIS GUBLER, CHANDLER LEWIS GUBLER and VAUGHN LEWIS GUBLER, as parent and legal guardian of M.G. (minor); and GINA GILBERT WINSPEAR, ESQ. of the law firm of DENNETT WINSPEAR, LLP, attorney for Defendant TEACHERS INSURANCE COMPANY d/b/a HORACE MANN, that

. . .

. . .

. . .

. . .

. . .

the within matter be dismissed, with prejudice, with each party to bear their own attorney's fees and costs.

Dated this 6 day of July, 2022.          Dated this 30th day of June, 2022.

**DENNETT WINSPEAR, LLP**                **HALE INJURY LAW**

By_____           By_____
GINA GILBERT WINSPEAR, ESQ.              JOHN P. JIMENEZ, ESQ.
Nevada Bar No. 005552                    Nevada Bar No. 011400
MATTHEW ALLEN SARNOSKI, ESQ.             LEILA L. HALE, ESQ.
Nevada Bar No. 009176                    Nevada Bar No. 007368
3301 N. Buffalo Drive, Suite 195         MICHAEL S. MYERS, ESQ.
Las Vegas, Nevada 89129                  Nevada Bar No. 001494
Telephone: (702) 839-1100                1661 W. Horizon Ridge Parkway, Suite 200
Facsimile: (702) 839-1113                Henderson, Nevada 89012
**Attorneys for Defendant**              Telephone: (702) 736-5800
                                         Facsimile: (702) 534-4655
                                         **Attorneys for Plaintiffs**

## ORDER

UPON Stipulation of counsel and good cause appearing,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the within matter be, and is hereby dismissed, with prejudice, each party to bear their own attorneys' fees and costs.

DATED: July 6, 2022

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

**DENNETT WINSPEAR, LLP**

By_____
GINA GILBERT WINSPEAR, ESQ.
Nevada Bar No. 005552
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone: (702) 839-1100
Facsimile: (702) 839-1113
**Attorney for Defendant TEACHERS INSURANCE COMPANY d/b/a HORACE MANN**